# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

UNITED STATES OF AMERICA §
*ex rel.* SHEILA BELL-MESSIER, §
      Plaintiffs, §
       §
       §     **CIVIL ACTION NO. 5:04-CV-75**
       §
       §
**v.** §
       §
ROTECH HEALTHCARE, INC., §
INTEGRATED HEALTH SERVICES, §
INC, RHEMA, INC., ROTH §
MEDICAL, INC., and TAYLOR §
MEDICAL, §
       §
      Defendants. §

## ORDER

Upon consideration of the Joint Motion to Extend Suspension of Proceedings to Pursue

Settlement Discussions, it is hereby ordered that, pending settlement discussions, all proceedings

are **SUSPENDED** for a further one hundred and twenty-three (123) days. The suspension

includes discovery obligations, consideration of pending motions, and other scheduling order

requirements.  Before the end of the one hundred and twenty-three (123) day period (August 31,

2007), the parties shall consult with the Court about the status of the case.

    **SIGNED this 1st day of May, 2007.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE